# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: STAHL, TODD E.      Case No. 10-13355

     Chapter 7

Debtor,

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00       Assets Exempt: $15,138.44
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,750.89      Claims Discharged
     Without Payment: $44,562.24

Total Expenses of Administration: $1,250.06

---

3) Total gross receipts of $ 5,000.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $233,361.56 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,250.06 | 1,250.06 | 1,250.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,944.55 | 17,517.58 | 17,517.58 | 3,750.89 |
| **TOTAL DISBURSEMENTS** | $281,306.11 | $18,767.64 | $18,767.64 | $5,000.95 |

4) This case was originally filed under Chapter 7 on March 26, 2010.
. The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/24/2010            By: /s/DEBORAH K. EBNER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in LTM (Life Time Fitness) | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.95 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Taylor, Bean & Whitaker | 4110-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Dealer Services | 4110-000 | 22,092.83 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 183,268.73 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$233,361.56** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,250.06 | 1,250.06 | 1,250.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,250.06 | 1,250.06 | 1,250.06 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,943.93 | 10,113.35 | 10,113.35 | 2,165.47 |
| 2 | Fia Card Services, NA/ Bank of America | 7100-000 | 7,205.07 | 7,404.23 | 7,404.23 | 1,585.42 |
| NOTFILED | HSBC Retail Services | 7100-000 | 5,708.14 | N/A | N/A | 0.00 |
| NOTFILED | HSBC / Menards | 7100-000 | 4,603.52 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED HSBC Card Services | 7100-000 | 20,483.89 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 47,944.55 | 17,517.58 | 17,517.58 | 3,750.89 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-13355  
**Case Name:** STAHL, TODD E.  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/26/10 (f)  
**§341(a) Meeting Date:** 04/21/10  

**Period Ending:** 10/24/10  
**Claims Bar Date:** 07/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14064 S. Mt. Pleasant Court, Plainfield, IL 6054 | 212,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking - First American Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 401 K Plan with Employer | 9,000.00 | 0.00 | | 0.00 | FA |
| 6 | Stock in LTM (Life Time Fitness) | 7,500.00 | 6,500.00 | | 5,000.00 | FA |
| 7 | 2007 Dodge Charger | 23,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.95 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$255,000.00** | **$6,500.00** | | **$5,000.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

Liquidation of stock

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):** August 13, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-13355 | | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | STAHL, TODD E. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******90-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5510 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 10/24/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/25/10 | {6} | Todd and Rachel Stahl | | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 5,000.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,000.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,000.64 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,000.93 |
| 09/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,000.95 |
| 09/17/10 | | To Account #9200******9066 | to close | 9999-000 | | 5,000.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,000.95** | **5,000.95** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 5,000.95 | |
| | | | **Subtotal** | | **5,000.95** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.95** | **$0.00** | |

{} Asset reference(s)                                                                                                               Printed: 10/24/2010 05:55 PM     V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-13355 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | STAHL, TODD E. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******90-66 - Checking Account |
| Taxpayer ID #: | **-***5510 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/10 | | From Account #9200******9065 | to close | 9999-000 | 5,000.95 | | 5,000.95 |
| 09/17/10 | 101 | DEBORAH K. EBNER | | 2100-000 | | 1,250.06 | 3,750.89 |
| 09/17/10 | 102 | Discover Bank | Ref # 0215 | 7100-000 | | 2,165.47 | 1,585.42 |
| 09/17/10 | 103 | Fia Card Services, NA/ Bank of America | Ref # 8565 | 7100-000 | | 1,585.42 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,000.95 | 5,000.95 | $0.00 |
| Less: Bank Transfers | | 5,000.95 | 0.00 | |
| Subtotal | | 0.00 | 5,000.95 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $5,000.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******90-65 | 5,000.95 | 0.00 | 0.00 |
| Checking # 9200-******90-66 | 0.00 | 5,000.95 | 0.00 |
| | $5,000.95 | $5,000.95 | $0.00 |